**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **In Re:** | ) | Case No: | 16-24568 |
| **Angela Mitchell** | ) | | |
| | ) | Chapter: | Chapter 13 |
| **Debtor** | ) | | |
| | ) | Judge: | Timothy A. Barnes |

## NOTICE OF MOTION

TO**:** See attached list

PLEASE TAKE NOTICE that on **February 24, 2022 at 1:30 p.m.**, I will appear before the Honorable Timothy A. Barnes, or any judge sitting in that judge's place, and present the **MOTION TO AUTHORIZE DISBURSEMENT OF FUNDS**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is **161 329 5276** and the passcode is **433658**. The meeting ID and passcode can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

**By:** */s/ Dale Riley*
Dale Riley
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
312.332.1800
ndil@geracilaw.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| In Re: | ) | Case No: | 16-24568 |
| --- | --- | --- | --- |
| Angela Mitchell | ) | | |
| | ) | Chapter: | Chapter 13 |
| Debtor | ) | | |
| | ) | Judge: | Timothy A. Barnes |

## CERTIFICATE OF SERVICE

I, Dale Riley, hereby certify that I served a copy of this notice along with the aforementioned document upon the listed parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, from 55 E. Monroe, Suite 3400, Chicago, Illinois, on February 15, 2022 before 5:30 p.m.

## LIST OF PARTIES SERVED

Marilyn O. Marshall, 224 S. Michigan Ave. #800, Chicago, IL 60604

Office of the U.S. Trustee, 219 S. Dearborn, Suite 873, Chicago, Illinois 60604

Angela Mitchell, 17748 Escanaba Ave., Lansing, IL 60438

ALL CREDITORS ON THE ATTACHED LIST

Rec No. 714835
WD - NOTICE OF MOTION ZOOM

Acceptance NOW
Attn: Bankruptcy Dept.
5501 Headquarters Dr
Plano TX 75024

Comcast
C/O Convergent Outsourcing
800 Sw 39Th St
Renton WA 98057

Community Healthcare System
Attn: Bankruptcy Department
PO Box 3604
Munster IN 46321

IRS Priority Debt
Bankruptcy Dept.
PO Box 7346
Philadelphia PA 19101

Liberty Mutual
C/O Goldman & Grant
205 W Randolph Ste 1100
Chicago IL 60606

Clerk, First Mun Div
Bankruptcy Dept.
50 W. Washington St., Rm. 1001
Chicago IL 60602

Mansards
C/O FAIR Collections & OUT
12304 Baltimore Ave Ste
Beltsville MD 20705

Mea-Ingalls
C/O Commonwealth Financial
245 Main St
Dickson City PA 18519

Prestige Financial SVC
Attn: Bankruptcy Dept.
1420 S 500 W
Salt Lake City UT 84115

Sallie Mae
Bankruptcy Department
PO Box 9500
Wilkes Barre PA 18773

Secretary of State
Attn: Safety & Financial Resp
2701 S. Dirksen Pkwy.
Springfield IL 62723

US Cellular
C/O Afni, INC.
Po Box 3097
Bloomington IL 61702

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| **In Re:** | ) | **Case No:** | **16-24568** |
| **Angela Mitchell** | ) | | |
| Debtor, | ) | **Chapter:** | **Chapter 13** |
| | ) | | |
| | ) | **Judge:** | **Timothy A. Barnes** |

## MOTION TO AUTHORIZE DISBURSEMENT OF FUNDS

NOW COMES the Debtor, Ms. Angela Mitchell (the "Debtor"), by and through her attorneys, Geraci Law LLC, to present her **MOTION TO AUTHORIZE DISBURSEMENT OF FUNDS,** and states as follows:

1. This Court has jurisdiction pursuant to 11 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b).

2. The Debtor filed a petition for bankruptcy protection under Chapter 13 of the US Bankruptcy Code and a plan of reorganization on 07/30/2016.

3. On 11/03/2016, the Court confirmed the Chapter 13 plan.

4. The Debtor's 2013 Buick Verano has been totaled in an accident and the Debtor's insurance company, Travelers Insurance, is holding $14,934.51 as a payout on the vehicle.

5. The lien on the vehicle has been paid off through the Debtor's Chapter 13 plan and she has completed all plan payments due to the Trustee in her case.

WHEREFORE, the Debtor, Ms. Angela Mitchell, prays that this Court enter an order authorizing Travelers Insurance to disburse the funds to the Debtor and for such further additional relief that this Court may deem just and proper.

*/s/ Dale Riley*
Dale Riley

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800  (Fax):  877.247.1960